IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  No. 3:24cr193

:

:  (Judge Munley)

v.  :

:

MATTHEW RONK,  :

**Defendant**  :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of October 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant Matthew Ronk's motion to bifurcate, (Doc. 35), will be **GRANTED**.

2) Defendant's motion to dismiss Counts 4 through 6 of the indictment, (Doc. 36), will be **DENIED**.

3) Defendant's Ronk's motion to suppress, (Doc. 38), will be **GRANTED** in part and **DENIED** in part. Defendant's statements in the back of the transport vehicle of "Mm hmm, I'm not going to do anything stupid…I been through this before, " and "I should've known better. I should've," will be suppressed. Otherwise, the motion to suppress will be **DENIED**.

4) This matter will be scheduled for trial by way of a separate order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

2